NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RYAN JAY CONNELL,                              )
                                               )
                Appellant,                     )
                                               )
v.                                             )          Case No. 2D17-2793
                                               )
STATE OF FLORIDA,                              )
                                               )
                Appellee.                      )
                                               )
_____)

Opinion filed February 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Susan Barthle, Judge.


PER CURIAM.


                Affirmed.


KELLY, KHOUZAM, and CRENSHAW, JJ., Concur.